IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| The Pencil Grip, Inc., | ) | Case No.:24-cv-7783 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Judge: |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | ) ) ) ) | Magistrate: |
| Defendants. | ) ) ) | |

Exhibit 1
Plaintiff's Registered Trademarks

# United States of America
### United States Patent and Trademark Office



**Reg. No. 5,398,900**
**Registered Feb. 13, 2018**
**Int. Cl.: 16**
**Trademark**
**Principal Register**

The Pencil Grip, Inc. (CALIFORNIA CORPORATION)
P.o. Box 201
Brightwaters, CALIFORNIA 11718

CLASS 16: Writing grips

FIRST USE 1-1-1992; IN COMMERCE 1-1-1992

The mark consists of a three-dimensional configuration of the rounded bulbous end of a writing grip. The shading, which represents concavity, and dashed lines for the rest of the grip are not part of the mark and serve only to show the position of the claimed bulbous end.

OWNER OF U.S. REG. NO. 2619877

SEC.2(F)

SER. NO. 86-611,252, FILED 04-27-2015

*[Signature]*

Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



 USD $   0

Home    Shop    Free Downloads    Contact Us    Free Lesson Plans

Free Ground Shipping Over $49 to Contiguous USA. Use Code: SHIPPING

Home  >  Pencil Grips

# Pencil Grips

Designed by doctors, tested by kids, approved by parents. Our ergonomic pencil grips improve handwriting, help give more control, and reduce hand fatigue. These colorful pencil grippers benefit both Adults and Children, Righties and Lefties. The Pencil Grip is the #1 grip recommended by therapists to help children write.

Sort by


Sort by Best Selling



NEW! Five Finger Pencil Grip 6 Pack
Quick buy



The Pencil Grip, Original
Quick buy



The Pencil Grip, Metallic
Quick buy



The Pencil Grip, Neon
Quick buy



The Pencil Grip, Glitter
Quick buy



The Crossover Grip
Quick buy



The Crossover Grip, Metallic
Quick buy



The Crossover Grip, Neon
Quick buy











| The Pinch Grip | The Writing CLAW, Small | The Writing CLAW, Medium | The Writing CLAW, Large |

Quick buy     Quick buy     Quick buy     Quick buy

1  2  3  Next »

Get Updates                                                            Sign up

Shop For Schools     Are You A Retailer?     Teacher, First Responder + Military Discount     Blog     Return Policy     Follow us

Privacy Policy     Shipping Policy     Terms of Service     Discount Terms     Accessibility     CCPA Opt Out

USD $

Copyright © 2024 TPG Creations/The Pencil Grip, Inc.. Powered by Shopify

Amazon  American Express  Apple Pay  Diners Club  Discover  Meta Pay  Google Pay  Mastercard  PayPal  Shop Pay  Venmo  Visa



1